UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                Case No.:  3:25-mc-18/MCR/ZCB

JOHN W. OXENDINE,
    Defendant,

&

OPPENHEIMER & CO., INC.,
    Garnishee.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on September 18, 2025.  *See* ECF No. 11.  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this order.

2.	The Defendant's objections to the Government's garnishment of the 401(k) account held by Oppenheimer & Co., Inc. are **OVERRULED**.

3.	The Government's garnishment of the 401(k) is allowed to proceed.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**