**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **Case No.: 3:25-mc-18/MCR/ZCB**

**JOHN W. OXENDINE,**
**Defendant,**

**and**

**OPPENHEIMER & CO., INC.,**
**Garnishee.**
______________________/

**ORDER**

The Magistrate Judge issued a Report and Recommendation on September 18, 2025, after holding a hearing. *See* ECF No. 11. The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections, *see* ECF No. 24, and have considered the Government's reply, ECF No. 25.

Having carefully considered the record, the law, the objections, and the Report and Recommendation, which fully addressed the arguments, I have determined that

the Report and Recommendation should be adopted. No error of law is shown and, to the contrary, the objections are misplaced given the applicable law.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. The Defendant's objections to the Government's garnishment of the 401(k) account held by Oppenheimer & Co., Inc. and to the Report and Recommendation are **OVERRULED**.

3. The Government's garnishment of the 401(k) is allowed to proceed.

**DONE AND ORDERED** this 22nd day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**